## 12-04427   ORIENTAL BANK & TRUST                EXHIBIT D

Compound Period ......... :  Monthly

Nominal Annual Rate .... :  4.250 %

## CASH FLOW DATA

| | Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|---|
| 1 | Loan | 12/10/2012 | 999,041.77 | 1 | | |
| 2 | Payment | 01/10/2013 | 4,347.89 | 60 | Monthly | 12/10/2017 |
| 3 | Rate Change | 12/10/2017 | Rate: 4.750 % | | Compounding: Monthly | |
| 4 | Payment | 01/10/2018 | 5,289.82 | 60 | Monthly | 12/10/2022 |
| 5 | Payment | 01/10/2023 | 843,671.09 | 1 | | |

## AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 12/10/2012 | | | | 999,041.77 |
| 2012 Totals | | 0.00 | 0.00 | 0.00 | |
| 1 | 01/10/2013 | 4,347.89 | 3,538.27 | 809.62 | 998,232.15 |
| 2 | 02/10/2013 | 4,347.89 | 3,535.41 | 812.48 | 997,419.67 |
| 3 | 03/10/2013 | 4,347.89 | 3,532.53 | 815.36 | 996,604.31 |
| 4 | 04/10/2013 | 4,347.89 | 3,529.64 | 818.25 | 995,786.06 |
| 5 | 05/10/2013 | 4,347.89 | 3,526.74 | 821.15 | 994,964.91 |
| 6 | 06/10/2013 | 4,347.89 | 3,523.83 | 824.06 | 994,140.85 |
| 7 | 07/10/2013 | 4,347.89 | 3,520.92 | 826.97 | 993,313.88 |
| 8 | 08/10/2013 | 4,347.89 | 3,517.99 | 829.90 | 992,483.98 |
| 9 | 09/10/2013 | 4,347.89 | 3,515.05 | 832.84 | 991,651.14 |
| 10 | 10/10/2013 | 4,347.89 | 3,512.10 | 835.79 | 990,815.35 |
| 11 | 11/10/2013 | 4,347.89 | 3,509.14 | 838.75 | 989,976.60 |
| 12 | 12/10/2013 | 4,347.89 | 3,506.17 | 841.72 | 989,134.88 |
| 2013 Totals | | 52,174.68 | 42,267.79 | 9,906.89 | |
| 13 | 01/10/2014 | 4,347.89 | 3,503.19 | 844.70 | 988,290.18 |
| 14 | 02/10/2014 | 4,347.89 | 3,500.19 | 847.70 | 987,442.48 |

## 12-04427   ORIENTAL BANK & TRUST              EXHIBIT D

|     | Date | Payment | Interest | Principal | Balance |
|-----|------|---------|----------|-----------|---------|
| 15 | 03/10/2014 | 4,347.89 | 3,497.19 | 850.70 | 986,591.78 |
| 16 | 04/10/2014 | 4,347.89 | 3,494.18 | 853.71 | 985,738.07 |
| 17 | 05/10/2014 | 4,347.89 | 3,491.16 | 856.73 | 984,881.34 |
| 18 | 06/10/2014 | 4,347.89 | 3,488.12 | 859.77 | 984,021.57 |
| 19 | 07/10/2014 | 4,347.89 | 3,485.08 | 862.81 | 983,158.76 |
| 20 | 08/10/2014 | 4,347.89 | 3,482.02 | 865.87 | 982,292.89 |
| 21 | 09/10/2014 | 4,347.89 | 3,478.95 | 868.94 | 981,423.95 |
| 22 | 10/10/2014 | 4,347.89 | 3,475.88 | 872.01 | 980,551.94 |
| 23 | 11/10/2014 | 4,347.89 | 3,472.79 | 875.10 | 979,676.84 |
| 24 | 12/10/2014 | 4,347.89 | 3,469.69 | 878.20 | 978,798.64 |
| 2014 Totals | | 52,174.68 | 41,838.44 | 10,336.24 | |
| 25 | 01/10/2015 | 4,347.89 | 3,466.58 | 881.31 | 977,917.33 |
| 26 | 02/10/2015 | 4,347.89 | 3,463.46 | 884.43 | 977,032.90 |
| 27 | 03/10/2015 | 4,347.89 | 3,460.32 | 887.57 | 976,145.33 |
| 28 | 04/10/2015 | 4,347.89 | 3,457.18 | 890.71 | 975,254.62 |
| 29 | 05/10/2015 | 4,347.89 | 3,454.03 | 893.86 | 974,360.76 |
| 30 | 06/10/2015 | 4,347.89 | 3,450.86 | 897.03 | 973,463.73 |
| 31 | 07/10/2015 | 4,347.89 | 3,447.68 | 900.21 | 972,563.52 |
| 32 | 08/10/2015 | 4,347.89 | 3,444.50 | 903.39 | 971,660.13 |
| 33 | 09/10/2015 | 4,347.89 | 3,441.30 | 906.59 | 970,753.54 |
| 34 | 10/10/2015 | 4,347.89 | 3,438.09 | 909.80 | 969,843.74 |
| 35 | 11/10/2015 | 4,347.89 | 3,434.86 | 913.03 | 968,930.71 |
| 36 | 12/10/2015 | 4,347.89 | 3,431.63 | 916.26 | 968,014.45 |
| 2015 Totals | | 52,174.68 | 41,390.49 | 10,784.19 | |
| 37 | 01/10/2016 | 4,347.89 | 3,428.38 | 919.51 | 967,094.94 |
| 38 | 02/10/2016 | 4,347.89 | 3,425.13 | 922.76 | 966,172.18 |
| 39 | 03/10/2016 | 4,347.89 | 3,421.86 | 926.03 | 965,246.15 |
| 40 | 04/10/2016 | 4,347.89 | 3,418.58 | 929.31 | 964,316.84 |
| 41 | 05/10/2016 | 4,347.89 | 3,415.29 | 932.60 | 963,384.24 |
| 42 | 06/10/2016 | 4,347.89 | 3,411.99 | 935.90 | 962,448.34 |
| 43 | 07/10/2016 | 4,347.89 | 3,408.67 | 939.22 | 961,509.12 |
| 44 | 08/10/2016 | 4,347.89 | 3,405.34 | 942.55 | 960,566.57 |
| 45 | 09/10/2016 | 4,347.89 | 3,402.01 | 945.88 | 959,620.69 |

Case:12-04427-BKT12   Doc#:123-5   Filed:12/11/12   Entered:12/11/12 19:28:26   Desc:
Exhibit ORIENTAL BANK LOAN CALCULATOR Page 3 of 5   Page 3

12/11/2012   7:16:24 PM

## 12-04427   ORIENTAL BANK & TRUST            EXHIBIT D

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 46 | 10/10/2016 | 4,347.89 | 3,398.66 | 949.23 | 958,671.46 |
| 47 | 11/10/2016 | 4,347.89 | 3,395.29 | 952.60 | 957,718.86 |
| 48 | 12/10/2016 | 4,347.89 | 3,391.92 | 955.97 | 956,762.89 |
| 2016 Totals |  | 52,174.68 | 40,923.12 | 11,251.56 |  |
|  |  |  |  |  |  |
| 49 | 01/10/2017 | 4,347.89 | 3,388.54 | 959.35 | 955,803.54 |
| 50 | 02/10/2017 | 4,347.89 | 3,385.14 | 962.75 | 954,840.79 |
| 51 | 03/10/2017 | 4,347.89 | 3,381.73 | 966.16 | 953,874.63 |
| 52 | 04/10/2017 | 4,347.89 | 3,378.31 | 969.58 | 952,905.05 |
| 53 | 05/10/2017 | 4,347.89 | 3,374.87 | 973.02 | 951,932.03 |
| 54 | 06/10/2017 | 4,347.89 | 3,371.43 | 976.46 | 950,955.57 |
| 55 | 07/10/2017 | 4,347.89 | 3,367.97 | 979.92 | 949,975.65 |
| 56 | 08/10/2017 | 4,347.89 | 3,364.50 | 983.39 | 948,992.26 |
| 57 | 09/10/2017 | 4,347.89 | 3,361.01 | 986.88 | 948,005.38 |
| 58 | 10/10/2017 | 4,347.89 | 3,357.52 | 990.37 | 947,015.01 |
| 59 | 11/10/2017 | 4,347.89 | 3,354.01 | 993.88 | 946,021.13 |
| 60 | 12/10/2017 | 4,347.89 | 3,350.49 | 997.40 | 945,023.73 |
| Rate | 12/10/2017 |  | 0.00 | 0.00 | 945,023.73 |
|  | 12/10/2017 | Rate: 4.750 % | Compounding: Monthly |  |  |
| 2017 Totals |  | 52,174.68 | 40,435.52 | 11,739.16 |  |
|  |  |  |  |  |  |
| 61 | 01/10/2018 | 5,289.82 | 3,740.72 | 1,549.10 | 943,474.63 |
| 62 | 02/10/2018 | 5,289.82 | 3,734.59 | 1,555.23 | 941,919.40 |
| 63 | 03/10/2018 | 5,289.82 | 3,728.43 | 1,561.39 | 940,358.01 |
| 64 | 04/10/2018 | 5,289.82 | 3,722.25 | 1,567.57 | 938,790.44 |
| 65 | 05/10/2018 | 5,289.82 | 3,716.05 | 1,573.77 | 937,216.67 |
| 66 | 06/10/2018 | 5,289.82 | 3,709.82 | 1,580.00 | 935,636.67 |
| 67 | 07/10/2018 | 5,289.82 | 3,703.56 | 1,586.26 | 934,050.41 |
| 68 | 08/10/2018 | 5,289.82 | 3,697.28 | 1,592.54 | 932,457.87 |
| 69 | 09/10/2018 | 5,289.82 | 3,690.98 | 1,598.84 | 930,859.03 |
| 70 | 10/10/2018 | 5,289.82 | 3,684.65 | 1,605.17 | 929,253.86 |
| 71 | 11/10/2018 | 5,289.82 | 3,678.30 | 1,611.52 | 927,642.34 |
| 72 | 12/10/2018 | 5,289.82 | 3,671.92 | 1,617.90 | 926,024.44 |
| 2018 Totals |  | 63,477.84 | 44,478.55 | 18,999.29 |  |

## 12-04427    ORIENTAL BANK & TRUST                    EXHIBIT D

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 73 | 01/10/2019 | 5,289.82 | 3,665.51 | 1,624.31 | 924,400.13 |
| 74 | 02/10/2019 | 5,289.82 | 3,659.08 | 1,630.74 | 922,769.39 |
| 75 | 03/10/2019 | 5,289.82 | 3,652.63 | 1,637.19 | 921,132.20 |
| 76 | 04/10/2019 | 5,289.82 | 3,646.15 | 1,643.67 | 919,488.53 |
| 77 | 05/10/2019 | 5,289.82 | 3,639.64 | 1,650.18 | 917,838.35 |
| 78 | 06/10/2019 | 5,289.82 | 3,633.11 | 1,656.71 | 916,181.64 |
| 79 | 07/10/2019 | 5,289.82 | 3,626.55 | 1,663.27 | 914,518.37 |
| 80 | 08/10/2019 | 5,289.82 | 3,619.97 | 1,669.85 | 912,848.52 |
| 81 | 09/10/2019 | 5,289.82 | 3,613.36 | 1,676.46 | 911,172.06 |
| 82 | 10/10/2019 | 5,289.82 | 3,606.72 | 1,683.10 | 909,488.96 |
| 83 | 11/10/2019 | 5,289.82 | 3,600.06 | 1,689.76 | 907,799.20 |
| 84 | 12/10/2019 | 5,289.82 | 3,593.37 | 1,696.45 | 906,102.75 |
| 2019 Totals | | 63,477.84 | 43,556.15 | 19,921.69 | |
| 85 | 01/10/2020 | 5,289.82 | 3,586.66 | 1,703.16 | 904,399.59 |
| 86 | 02/10/2020 | 5,289.82 | 3,579.92 | 1,709.90 | 902,689.69 |
| 87 | 03/10/2020 | 5,289.82 | 3,573.15 | 1,716.67 | 900,973.02 |
| 88 | 04/10/2020 | 5,289.82 | 3,566.35 | 1,723.47 | 899,249.55 |
| 89 | 05/10/2020 | 5,289.82 | 3,559.53 | 1,730.29 | 897,519.26 |
| 90 | 06/10/2020 | 5,289.82 | 3,552.68 | 1,737.14 | 895,782.12 |
| 91 | 07/10/2020 | 5,289.82 | 3,545.80 | 1,744.02 | 894,038.10 |
| 92 | 08/10/2020 | 5,289.82 | 3,538.90 | 1,750.92 | 892,287.18 |
| 93 | 09/10/2020 | 5,289.82 | 3,531.97 | 1,757.85 | 890,529.33 |
| 94 | 10/10/2020 | 5,289.82 | 3,525.01 | 1,764.81 | 888,764.52 |
| 95 | 11/10/2020 | 5,289.82 | 3,518.03 | 1,771.79 | 886,992.73 |
| 96 | 12/10/2020 | 5,289.82 | 3,511.01 | 1,778.81 | 885,213.92 |
| 2020 Totals | | 63,477.84 | 42,589.01 | 20,888.83 | |
| 97 | 01/10/2021 | 5,289.82 | 3,503.97 | 1,785.85 | 883,428.07 |
| 98 | 02/10/2021 | 5,289.82 | 3,496.90 | 1,792.92 | 881,635.15 |
| 99 | 03/10/2021 | 5,289.82 | 3,489.81 | 1,800.01 | 879,835.14 |
| 100 | 04/10/2021 | 5,289.82 | 3,482.68 | 1,807.14 | 878,028.00 |
| 101 | 05/10/2021 | 5,289.82 | 3,475.53 | 1,814.29 | 876,213.71 |
| 102 | 06/10/2021 | 5,289.82 | 3,468.35 | 1,821.47 | 874,392.24 |
| 103 | 07/10/2021 | 5,289.82 | 3,461.14 | 1,828.68 | 872,563.56 |

## 12-04427   ORIENTAL BANK & TRUST        EXHIBIT D

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 104 | 08/10/2021 | 5,289.82 | 3,453.90 | 1,835.92 | 870,727.64 |
| 105 | 09/10/2021 | 5,289.82 | 3,446.63 | 1,843.19 | 868,884.45 |
| 106 | 10/10/2021 | 5,289.82 | 3,439.33 | 1,850.49 | 867,033.96 |
| 107 | 11/10/2021 | 5,289.82 | 3,432.01 | 1,857.81 | 865,176.15 |
| 108 | 12/10/2021 | 5,289.82 | 3,424.66 | 1,865.16 | 863,310.99 |
| 2021 Totals | | 63,477.84 | 41,574.91 | 21,902.93 | |
| | | | | | |
| 109 | 01/10/2022 | 5,289.82 | 3,417.27 | 1,872.55 | 861,438.44 |
| 110 | 02/10/2022 | 5,289.82 | 3,409.86 | 1,879.96 | 859,558.48 |
| 111 | 03/10/2022 | 5,289.82 | 3,402.42 | 1,887.40 | 857,671.08 |
| 112 | 04/10/2022 | 5,289.82 | 3,394.95 | 1,894.87 | 855,776.21 |
| 113 | 05/10/2022 | 5,289.82 | 3,387.45 | 1,902.37 | 853,873.84 |
| 114 | 06/10/2022 | 5,289.82 | 3,379.92 | 1,909.90 | 851,963.94 |
| 115 | 07/10/2022 | 5,289.82 | 3,372.36 | 1,917.46 | 850,046.48 |
| 116 | 08/10/2022 | 5,289.82 | 3,364.77 | 1,925.05 | 848,121.43 |
| 117 | 09/10/2022 | 5,289.82 | 3,357.15 | 1,932.67 | 846,188.76 |
| 118 | 10/10/2022 | 5,289.82 | 3,349.50 | 1,940.32 | 844,248.44 |
| 119 | 11/10/2022 | 5,289.82 | 3,341.82 | 1,948.00 | 842,300.44 |
| 120 | 12/10/2022 | 5,289.82 | 3,334.11 | 1,955.71 | 840,344.73 |
| 2022 Totals | | 63,477.84 | 40,511.58 | 22,966.26 | |
| | | | | | |
| 121 | 01/10/2023 | 843,671.09 | 3,326.36 | 840,344.73 | 0.00 |
| 2023 Totals | | 843,671.09 | 3,326.36 | 840,344.73 | |
| | | | | | |
| Grand Totals | | 1,421,933.69 | 422,891.92 | 999,041.77 | |